JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN PETERS, <br><br> Plaintiff, <br><br> v. <br><br> WALGREEN CO.; and DOES 1 through 100, Inclusive, <br><br> Defendants. | CASE NO.: 5:14-cv-00976-RGK-SS <br><br> ORDER RE: STIPULATION TO DISMISS ACTION WITH PREJUDICE |

TO: ALL PARTIES HEREIN AND THEIR ATTORNEYS OF RECORD:

Based on the parties filing a Stipulation Dismissing Action with Prejudice pursuant to Federal Rules of Civil Procedure Rule 41(a)(1), the court hereby dismisses this action with prejudice. Each party to bear their own attorney's fees and costs.

Dated: December 18, 2014 _____

Hon. R. Gary Klausner
United States District Judge

---

1

| John Peters v. Walgreen, Co. <br> USDC Case No.: 5:14-cv-00976-RGK-SS | ORDER RE: STIPULATION TO DISMISS ACTION WITH PREJUDICE |